IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LORENZO C. STEWART

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　Civil Action No. 3:24cv374

UNKNOWN,

    Defendant.

## MEMORANDUM OPINION

Plaintiff, a Virginia inmate proceeding *pro se*, submitted a letter complaining about his conditions of confinement and missing property. (ECF No. 1.) It was unclear what action Plaintiff sought from the Court. Nevertheless, by Memorandum Order entered on June 4, 2024, the Court directed the Clerk to mail Plaintiff a standardized form for filing a 42 U.S.C. § 1983 complaint. The Court explained that if Plaintiff wished to file a complaint at this time, he should complete and return the form to the Court within thirty (30) days of the date of entry thereof. The Court noted that if Plaintiff failed to take any action within that time, the Court would dismiss the action without prejudice. *See* Fed. R. Civ. P. 41(b).

More than thirty (30) days have elapsed, and Plaintiff has not completed and returned the § 1983 complaint form. Accordingly, this action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

Date: 7/16/24
Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge